**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF INDIANA**
**FORT WAYNE DIVISION**

| | | |
|---|---|---|
| IN THE MATTER OF | ) | |
| | ) | |
| TIMOTHY JOE SHAKE | ) | BANKRUPTCY CASE NUMBER 06-10124 |
| ELIZABETH ANN SHAKE | ) | CHAPTER 7 |
| | ) | |
| DEBTORS. | ) | |

**NOTICE OF DEPOSIT OF UNCLAIMED FUNDS WITH CLERK**

Comes now the undersigned, Yvette Gaff Kleven, Trustee, and by way of notice states the following:

1. The undersigned is the duly appointed Chapter 7 Trustee in the bankruptcy in the above-entitled matter.

2. The Trustee filed her Final Report And Distribution Summary on June 13, 2011, and issued checks as proposed in said proposed distribution.

3. That Check #110 issued to LS Ayres, PO Box 66955, St. Louis, MO 63166 on July 6, 2011 in the amount of $6.41 was returned as undeliverable by the Post Office.

4. That the Trustee hereby gives notice that such amount of **$6.41** is being presented to the Clerk of the United States Bankruptcy Court for the benefit of such claimant.

Respectfully submitted,

   /s/ Yvette Gaff Kleven
Yvette Gaff Kleven, Chapter 7 Trustee
927 South Harrison Street
Fort Wayne, Indiana   46802
Telephone:   260 / 407-7000
ygk@sak-law.com

CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 28th day of July, 2011, a true and correct copy of the above and foregoing Notice Of Deposit Of Unclaimed Funds With Clerk was transmitted electronically through the Bankruptcy Court's ECF System to: United States Trustee, USTPRegion10.SO.ECF@usdoj.gov,, and was sent via first class United States mail, postage prepaid, to: LS Ayres, PO Box 66955, St. Louis, MO 63166.

    /s/ Yvette Gaff Kleven
Yvette Gaff Kleven